## PARKER v. BERNAL.*

### No. 11,018; July 31, 1885.

7 Pac. 634.

**Appeal—Dismissal.**—Though an Appeal Appear Totally Destitute of Merit, yet, if regularly taken, the court will be reluctant to dismiss it summarily.

APPEAL from Superior Court, City and County of San Francisco.

Motion to dismiss appeal.

Moses G. Cobb for appellants; Chas. H. Parker for respondents.

*For subsequent opinion, see 68 Cal. 122, 8 Pac. 696.

By the COURT.—The appeal in this case is totally destitute of merit. But, as the appeal seems to be regularly taken, we are reluctant to dismiss it directly. The motion to dismiss is therefore denied, which is ordered, with leave to either party to submit the case for decision after the lapse of ten days from the filing of this opinion.